AMENDED COMPLAINT

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2016 APR 28  PM 12: 41

Jacksonville Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

### CIVIL RIGHTS COMPLAINT FORM

JOHN BOYNTON DAVIS

CASE NUMBER: 3:15-CV-00649-MMH-JRK
(To be supplied by Clerk's Office)

N/A

N/A
(Enter full name of each Plaintiff and prison number, if applicable)

PROVIDED TO SUWANNEE C.I. ON APR 26 2016 FOR MAILING

v.

Corizon Health Corporation

Secretary, Florida Department of Corrections, Julie Jones

Dr. Chuong, Le            Dr. Marceus

Dr. Montoya               Dr. Cabrero-Muñiz

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

individually and in their official Capacity

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Suwannee C.I. Annex
(Indicate the name and location)
5964 U.S. Hwy. 90, Live Oak, Fl. 32060

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS: John Boynton Davis v. Warden Drake et al.
Case no. 3:15-CV-00395-BJD-JRK

DC 225 (Rev 2/2012)

1

John Boynton Davis
John Boynton Davis
#169375/Suwannee C.I. Annex
5964 U.S. Hwy 90, Live Oak, Fl.
32060

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (✓)   No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

   Plaintiff(s): John Boynton Davis

   Defendant(s): Warden Drake et al.

   2. Court (if federal court, name the district; if state court, name the county):

   Middle District of Florida, Jacksonville Division

   3. Docket Number: 3:15-cv-00395-BJD-JRK

   4. Name of judge: James R. Klindt

   5. Briefly describe the facts and basis of the lawsuit: Had enemies and warden refused to transfer me to a more secure enviroment.

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Warden transfered me after I filed suit. The case was then dismissed.

   7. Approximate filing date: 3/30/2015

   8. Approximate disposition date: 5/4/2015

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)

2

John Boynton Davis
John Boynton Davis
#169375/Suwannee C.I. Annex
5964 U.S. Hwy 90
Live Oak, Fl. 32060

identify these suits below by providing the case number, the style, and the disposition of each case: __NONE__

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: JOHN BOYNTON DAVIS #169375

Mailing address: Suwannee C.I. Annex

5964 U.S. HWY 90, Live Oak, Fl. 32060

B. Additional Plaintiffs: ____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Corizon Health Care

Mailing Address: 103 Powell Court

Brentwood, Tn. 37027

Position: Health Care Contractor For Florida Dept. of Corrections

Employed at: N/A

D. Defendant: Dr. ChuongLe MD. Primary Care Physician

Mailing Address: 103 Powell Court

Brentwood, Tn. 37027

DC 225 (Rev 2/2012)

3

John Boynton Davis
#169375 /Suwannee C.I. Annex
5964 U.S. HWY 90
Live Oak, FL. 32060

Position: Medical Doctor, Primary Care

Employed at: Hamilton C.I. Annex by Corizon Health Care

E. Defendant: Dr. Montoya, Hemotologist

Mailing Address: Regional Medical Center P.O. Box 628, Lake Butler, Fl. 32054-0628 or 103 Powell Ct. Brentwood, Tn. 37027

Position: Specialist Physician in Hemotology.

Employed at: Lake Butler Regional Medical Center by Corizon Health.

F. Defendant: Dr. Marceus, Primary Care Physician

Mailing Address: Columbia C.I. Annex RT.7 p.o. Box 376 Lake City, Fl. 32055 or 103 Powell Ct. Brentwood, Tn. 37027

Position: Primary Care Physician

Employed at: Columbia C.I. Annex by Corizon Health Care

G. Defendant: Dr. Cabrero Muñiz Primary Care Physician

Mailing Address: Hamilton C.I. Annex 11419 S.W.C.R. 249 Jasper, Fl. 32052 or 103 Powell Ct. Brentwood, Tn. 37027

Position: Primary Care Physician

Employed at: Hamilton C.I. Annex by Corizon Health Care

H. Defendant: Secretary, Florida Department of Corrections Julie Jones

Mailing Address: 501 South Calhoun St. Tallahassee, Fl. 32399-2500

Position: Secretary, Florida Department of Corrections

Employed at: Tallahassee, Florida.

John Boynton
#169375/Suwannee C.I. Annex
5964 U.S. Hwy 90
Live Oak, Fl. 32060

DC 225 (Rev 2/2012)                    4

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Eighth Amendment of the United States Constitution which protects a U.S. Citizen (including inmates) from Cruel and unusual punishment. Dileberate indifference to serious and chronic medical needs is covered by this amendment.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

I entered the Florida Department of Corrections in November 2011. I was immediately diagnosed with Hepatitus C and double hernias. Corizon Health Care and its doctors were the 1st to diagnose me with these chronic conditions. They refused and have refused to treat me. I have attached a full list of grievances filed by me attempting to obtain treatment. Everytime I have been refused. Each of the doctors named as a defendant in this → continued

John Boynton Davis
#169375/Suwannee C.I. Annex
5964 U.S. Hwy. 90
Live Oak, Fl. 32060

DC 225 (Rev 2/2012)   5

action has refused to refer me for treatment. These doctors and Corizon Health Care are well aware of the fact that Hepatitus C left untreated causes significant further damage to the liver. F.D.O.C. and its health contractors and doctors have known for 5 years now that I have Hepatitus C, double hernias and Thrombocytopenia. There is a cure for Hepatitus C as well as treatment for Thrombocytopenia and outpatient surgery is available for the hernias I have. The law says that the Department of Corrections and its health Care Contractors are obligated to treat inmates for chronic or serious medical needs, even if no current symptoms are present but if left untreated would cause future harm or damage. The Florida Department of Corrections is responsible for knowing the policies of its Health Care Contractors. Corizon Health Care and it's doctors are guilty of deliberate indifference to my medical needs and have been so under Color of State Authority. My medical file and records, lab reports, testimony and the attached grievances are all supportive and proof of my claims. Continued on page 6A

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff respectfully prays that this Honorable Court enter

John Boynton Davis
John Boynton Davis
#169375/Suwannee C.I. Annex
5964 U.S. Hwy 90
Live Oak, Fl. 32060

DC 225 (Rev 2/2012)   6

Section IV continued from page 6

When I saw Dr. Marcens in February 2015 he stated to me that he would not refer me for treatment because I did not fall under the guidelines established by Corizon Health Care. I had asked to have Hepatitus C treatment and also to have my hernias repaired. This doctor has to know that left untreated further harm to my liver from Hepatitus C will occurr. When I saw Dr. Montoya at Lake Butler Regional Medical Center he said that I have Idcopathic Thrombocytopenia which is caused by Hepatitus C as well as being a genetic disorder. However Dr. Montoya said he would not refer me to treatment for this until my platelet count dropped to 30. That is at a potentially life threatening level. There is no reason to wait because all this can be treated now and further injury avoided. I saw Dr. Montoya in June 2015. Dr. Cabrero-Muñiz I saw at Hamilton C.I. Annex in May of 2015. He says that the Hepatitus C would eventually prove fatal and he refused to refer me for treatment. Dr. Chuong Le I saw in November 2015 told me I was on a waiting list but could not tell me how to obtain a copy of this waiting list. He refused to refer me for treatment for the Hepatitus C or for hernia surgery. Also denied me even a hernia belt. There is treatment available for all these conditions. Corizon simply refuses because they don't want to absorb the cost.

John Brynton Rams
169375/Suwannee C.I. Annex
5964 U.S. HWY 90
Live Oak, Fl. 32060

page 6A

Judgement granting Plaintiff: A declaration that the acts and omissions described herein violated plaintiffs rights under the Constitution and laws of the United States. Plaintiff asks for the Court to order I be treated forthwith for Hepatitus C, Thrombo Cytopenia and double hernias. Compensatory damages of $15,000⁰⁰ against each defendant jointly and severally. Punitive damages of $5000⁰⁰ dollars against each defendant, jointly and severally. Plaintiff's cost in this suit. And any additional relief deemed appropriate by this Court.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __25__ day of __April__, 20__16__.

#169375

John Boynton Davis

N/A

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the __26__ day of __4/26/16 April__, 20__16__.

John Boynton Davis
#169375/Suwanee C.I. Annex
5964 U.S. HWY 90
Live Oak, Fl. 32060

DC 225 (Rev 2/2012)                                    7