IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN BOYNTON DAVIS,

    Plaintiff,

v.

CORIZON HEALTH CORP.;
JULIE JONES, SECRETARY, FLORIDA
DEPT. OF CORRECTIONS
DR. CHUONG LE;
DR. MONTOYA;
DR. MARCEUS;
DR. CABRERO-MUNIZ

    Defendant.

Case No.:
3:15-CV-649-J-34JRK

## DEFENDANT DR. VERNON MONTOYA'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendant DR. VERNON MONTOYA ("Dr. Montoya"), by and through undersigned counsel, hereby files this Answer, Affirmative Defenses, and Jury Demand in response to Plaintiff JOHN BOYNTON DAVIS's ("Plaintiff") Third Amended Complaint ("Complaint") [ECF #22] as follows:

## ANSWER

1. Dr. Montoya denies all allegations contained in the Complaint and demands strict proof thereof, unless specifically admitted herein.

2. Dr. Montoya is without knowledge as to whether the allegations contained in Section I of the Complaint are accurate.

**3.** Dr. Montoya denies that Plaintiff has exhausted his administrative remedies as referenced in Section II of the Complaint.

**4.** Dr. Montoya is without knowledge as to whether the assertions within Section III of the Complaint are complete or accurate.

**5.** The allegations contained in Section IV of the Complaint simply identify the Plaintiff and Defendants and requires no response.

**6.** Under Section V of the Complaint, Dr. Montoya admits that the Eighth Amendment prohibits the State from subjecting an individual to cruel and unusual punishment. All other allegations contained in Section V are denied.

**7.** Under Section VI, with respect to the allegations contained on page 5 of the Complaint, Dr. Montoya is without knowledge as to when Plaintiff entered the Florida Department of Corrections. All other allegations contained on page 5, under Section VI, are denied.

**8.** Dr. Montoya denies all allegations contained on page 6, under Section VI, of the Complaint.

**9.** Under Section VI, with respect to the allegations contained on page 6A of the Complaint, Dr. Montoya admits that he treated Plaintiff on two (2) separate occasions: May 15, 2015, and June 16, 2015. Dr. Montoya admits that, following the June 16, 2015, examination, he diagnosed Plaintiff with idiopathic thrombocytopenia. Dr. Montoya further admits that he waited to begin platelet therapy until, if and when, Plaintiff's platelet count dropped below 30,000. All other allegations contained on page 6A, under Section VI, are denied.

10. Dr. Montoya denies Section VII of the Complaint.

11. With respect to the "Memorandum of Law" attached to Plaintiff's Complaint, Dr. Montoya denies any and all allegations that can be construed as allegations of fact and/or liability against him. To the extent that Plaintiff offers case holdings as binding legal precedent, Dr. Montoya expressly denies that these holdings are applicable and/or binding on the case at bar, and are otherwise inapplicable. Responding specifically to paragraph 9 of Plaintiff's Memorandum of Law to the Complaint, all allegations and conclusions contained therein are denied by Dr. Montoya.

## **AFFIRMATIVE DEFENSES**

1. The damages and injuries alleged to have been sustained by the Plaintiff are a direct and proximate result of the Plaintiff's own bodily function or preexisting condition which manifested at or before the injury complained of by the Plaintiff, and were not in any way a result of, or caused by any act or omission of Dr. Montoya.

2. Any injury or damage suffered by the Plaintiff was a result of actions by third parties over whom Dr. Montoya had no control, and for whom Dr. Montoya is not responsible.

3. Any damages suffered by the Plaintiff are the result of superseding, independent or intervening causes, or are the result of yet unknown causes over which Dr. Montoya had no control and for which Dr. Montoya is not responsible.

4. Dr. Montoya is not a guarantor or insurer of all possible results or consequences of treatment to the Plaintiff. He discharged his duty with respect to the

Plaintiff in a reasonable manner within the standard of care in the community and provided such care and treatment of the Plaintiff which is recognized to be reasonable and within the standard of care under similar circumstances and conditions by other physicians in Columbia County, Florida, or any other similar medical community.

5. Some or all of this action is barred by the applicable statute of limitations.

6. The Plaintiff's Complaint fails to state a claim against Dr. Montoya upon which relief may be granted.

7. Dr. Montoya asserts that to the extent the facts alleged in support of the Plaintiff's claim could be interpreted as a claim for medical negligence or for malpractice arising out of the rendering or, or failure to render, medical care or services, the Plaintiff failed to comply with the statutory, mandatory prerequisites of the Florida Medical Negligence Act.

8. Plaintiff did not exhaust his administrative remedies prior to the filing of this suit.

9. Plaintiff's claims against Dr. Montoya in his official capacity are duplicative, redundant, and unnecessary with respect to claims brought against con-defendants, and should be dismissed accordingly.

**JURY DEMAND**

Dr. Montoya demands trial by jury on all issues so triable.

PENNINGTON, P.A.

_____
**MICHAEL J. THOMAS**
Florida Bar #897760
**CHAD B. HESS**
Florida Bar #682462
215 S. Monroe Street, Suite 200
Tallahassee, FL 32301
Tele: (850) 222-3533
Facsimile: (850) 222-2126
mike@penningtonlaw.com
thomasteam@penningtonlaw.com
*Attorneys for Defendant Vernon Montoya, M.D.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via electronic mail on this ____5th____ day of December, 2016, to:

Corizon Health
103 Powell Ct.
Brentwood, TN 37027
*Co-Defendant*

Erik Kverne
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
Erik.Kverne@myfloridalegal.com
*Attorney for Co-Defendant Secretary,
Dept. of Corrections*

Gregg A. Toomey
The Toomey Law Firm, LLC
1625 Hendry St. Suite 203
Fort Myers, FL 33901
gat@thetoomeylawfirm.com
*Attorney for Dr. Le Chuong*

Dr. Marceus
Columbia Correctional Institution
216 S.E. Corrections Way
Lake City, FL 32025
*Co-Defendant*

Dr. Cabrero-Muniz
Hamilton Correctional Institution
10650 S.W. 46th St.
Jasper, FL 32052
*Co-Defendant*

_____
MICHAEL J. THOMAS
*Attorney for Defendant V. Montoya, M.D.*